AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-MJ-3110 |
| ALICIA AYERS, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALICIA AYERS

Date:   03/23/2021

*Attorney's signature*

DEVERAUX L. CANNICK
*Printed name and bar number*

AIELLO & CANNICK
69-06 GRAND AVENUE
MASPETH, NY 11378
*Address*

dcannick@aiellocannick.com
*E-mail address*

(718) 426-0444
*Telephone number*

(718) 803-9764
*FAX number*