UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>ALICIA AYERS,<br>                              Defendant. | AFFIRMATION<br><br>21 Mag. 3110 |

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER   : ss.:
SOUTHERN DISTRICT OF NEW YORK )

JEFFREY C. COFFMAN, under penalty of perjury, hereby affirms as follows:

1.     I am an Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for a third order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

ALICIA AYERS, the defendant, was charged with a violation of 18 U.S.C. §§ 1001, 1028A, 1343, and 1349 in a complaint dated March 18, 2021. The defendant was presented by videoconference before Magistrate Judge Judith C. McCarthy on March 23, 2021, and the defendant was released on the following conditions: $150,000.00 personal recognizance bond to be co-signed by two financially responsible persons; travel restricted to the Southern and Eastern Districts of New York and the District of Connecticut; surrender travel documents and make no new applications; pretrial supervision as directed by pretrial services; defendant not to possess a firearm/destructive device/other weapon; defendant released on own signature.

Deveraux Cannick, Esq., attorney for the defendant, has since been engaging in preliminary discussions with the Government concerning a possible disposition of this case without trial, and those discussions are ongoing. The Government hereby requests that a continuance of 28 days be granted, during which time we may pursue further discussions.

2. On June 8, 2021, Mr. Cannick, counsel for the defendant, agreed by telephone on behalf of the defendant that the requested continuance of 28 days is appropriate in these circumstances.

3. For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

4. Pursuant to Title 28, United States Code, Section 1746, I declare under penalties of perjury that the foregoing is true and correct.

Executed on June 14, 2021.

JEFFREY COFFMAN
Assistant United States Attorney