

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ALICIA AYERS, and ANDREA AYERS,
                      Defendant(s)
---------------------------------------------------------X

Defendant ALICIA AYERS hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

___      Initial Appearance Before a Judicial Officer

__X__      Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___      Bail/Detention Hearing

___      Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Alicia N. Ayers
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Deveraux Cannick
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

7-16-2021
_____
Date
Judge

_____
U.S. District Judge/U.S. Magistrate