USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2021

# AIELLO CANNICK
**Your rights • Our business**

**MEMO ENDORSED**

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

September 14, 2021

**VIA ECF**
Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

> Deft. Alicia Ayers's (01) request for a temporary bail modification is GRANTED, without objection by the Pretrial Services Officer, for the below-stated specified dates for particularized purpose. Clerk of Court requested to terminate the motions (docs. 46 & 47). **SO ORDERED:**
> Dated: Sept. 16, 2021
>
> *[signature]*
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re: United States v. Alicia Ayers – Revised
Case No.: 21-CR-00440 -01 (NSR)

Dear Judge Roman:

We write to request a bail enlargement for Ms. Alicia Ayers. My client is requesting permission to travel to and from Hawaii in order to secure business from local Airbnbs on the Island for her travel agency business.

Anticipated Departure and possible flights - Date: September 26th, 2021 –from JFK to HNL, departing at 10:00 a.m. and arriving at 2:50 p.m.

Anticipated Return and possible flights - Date: September 30th, 2021 – from HNL to JFK on September 30th at 3:15 p.m. and arriving in JFK at 6:55 a.m. on October 1st, 2021.

She will be residing at an Airbnb located at Naupaka Street, Laie, HI 96762 and will be meeting with personnel from the Airbnb.

Please know that Pretrial Officer Andrew Abbott does not object to our request. We have been unable to receive a response from AUSA Heavey.

Thank you in advance for your consideration in this matter.

Respectfully submitted,

*[signature]*
Deveraux L. Cannick

DLC/mw