**MEMO ENDORSED**

## AIELLO & CANNICK
### Your rights • Our business

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2021

Robert J. Aiello
Deveraux L. Cannick
_____

Jennifer Arditi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

November 18, 2021

**VIA ECF**
Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

Re:   **United States v. Alicia Ayers**
      **Case No.:  21-CR-00440** -01

Def.'s request for a temporary bail modification is GRANTED, without objection by the Gov't and the Pretrial Services Officer, for the below-stated specified date. Deft shall provide Pretrial Services with specific travel information. Clerk of Court requested to terminate the motion (doc. 52). **SO ORDERED:**
Dated: Nov. 19, 2021

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Dear Judge Roman:

We write to request a bail enlargement for Ms. Alicia Ayers.   My client is requesting permission to travel to and from Baltimore, Maryland on November 20th, 2021 in order to secure business for her travel agency business.

This will a same day round trip on Saturday, November 20th, to Binfold Business, address is 2512 Jefferson Street, Baltimore, MD  21205.

Please know that AUSA Courtney Heavey and Probation Officer Abbott do not object to our request.

Thank you in advance for your consideration in this matter.

Respectfully submitted,

*/s/ Deveraux L. Cannick*

Deveraux L. Cannick

DLC/mw