USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/7/2021__

# AIELLO & CANNICK
### Your rights • Our business

**MEMO ENDORSED**

**Robert J. Aiello**
**Deveraux L. Cannick**
———
**Jennifer Arditi**

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*
*Email: info@aiellocannick.com*

**VIA ECF**
Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

December 5, 2021

Deft.'s request for a temporary bail modification is GRANTED, without objection by the Gov't and the Pretrial Services Officer, for the below-stated specified dates. Deft. shall provide Pretrial Services with specific travel information. Clerk of Court requested to terminate the motion (doc. 57). **SO ORDERED:**
Dated: Dec. 7, 2021
   White Plains, NY

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:   United States v. Alicia Ayers
      Case No.: 21-CR-00440 -01

Dear Judge Roman:

We write to request a bail enlargement for Ms. Alicia Ayers. My client is requesting permission to travel to and from Stroudsburg, Pennsylvania on December 10th and returning on December 12th in order to secure business for her travel agency business.

She will be residing at the KOD Villas (Kareem DeCastro), located at 2157 River Road, East Stroudsburg, Pennsylvania 18302 - (914) 619-8165. The site visit is necessary in order to offer this space to her clients with respect to her travel agency.

Please know that AUSA Courtney Heavey and Probation Officer Jessica Killian do not object to our request.

Thank you in advance for your consideration in this matter.

Respectfully submitted,

*/s/ Deveraux L. Cannick*

Deveraux L. Cannick

DLC/mw
cc:   AUSA Heavey
      Probation Officer Killian