

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 5, 2022

**BY ECF and EMAIL**
Royce Russell, Esq.
R-SQUARE, ESQ. PLLC
112 West 34th Street, 18th Floor
New York, NY 10120
rsquareesq@gmail.com

      **Re:** *United States v. Andrea Ayers*, 21 Cr. 440 (NSR)

Dear Mr. Russell:

      At the July 1, 2022 pretrial conference, Judge Román set the following schedule:

March 3, 2023 – Motions *in limine* to be filed
March 10, 2023 – Motions *in limine* oppositions to be filed
March 17, 2023 – Motions *in limine* replies to be filed
April 17, 2023 – Voir dire, requests to charge, verdict sheets, witness lists, exhibit lists to
          be filed
April 17, 2023 – Marked exhibits to be submitted to chambers (Government Exhibits
          marked with numbers, defendants' exhibits marked with letters)
April 21, 2023 – 3500 material to be produced

      Two hard copies of all of the foregoing should be submitted to chambers.

April 21, 2023 at 10:00 a.m. – Final pretrial conference
May 1, 2023 at 9:30 a.m. – Trial to commence

      Judge Román also ordered, with the consent of all parties, that the Speedy Trial clock be
tolled through May 1, 2023.

            Yours truly,

            /s/ Jeffrey C. Coffman
            Jeffrey C. Coffman
            Assistant United States Attorney
            (914) 993-1940

cc: Honorable Nelson Román
    United States District Judge
    Southern District of New York
    300 Quarropas Street
    White Plains, New York 10601
    By ECF

    Deveraux Cannick, Esq.
    AIELLO & CANNICK
    69-06 Grand Avenue
    Maspeth, New York 11378
    dcannick@aiellocannick.com
    By ECF and Email